UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-144-D-BM-1

UNITED STATES OF AMERICA

v.

ANTONIO MIGUEL BURDEN

ORDER TO SEAL

On motion of the Defendant, Antonio Miguel Burden, and for good cause shown, it is

hereby ORDERED that **DE 41** be sealed until further notice by this Court.

SO ORDERED, this __12__ day of May, 2026.

_____
JAMES C. DEVER III
United States District Judge